Honorable _____

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST HEALTH & WELFARE FUND; WESTERN WASHINGTON PAINTERS DEFINED CONTRIBUTION PENSION TRUST; DISTRICT COUNCIL NO. 5 APPRENTICESHIP AND TRAINING TRUST FUND; WESTERN WASHINGTON PAINTERS LABOR MANAGEMENT COOPERATION TRUST; INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; and INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 5<br><br>Plaintiffs / Judgment Creditors,<br><br>v.<br><br>STEVEN RAY FREEMIRE and JOAN MARIE FREEMIRE, husband and wife and the marital community comprised thereof; and PICTURE PERFECT PAINTING, INC., a Washington corporation,<br><br>Defendants / Judgment Debtors,<br><br>and<br><br>EMERALD CITY COATINGS AND CONSTRUCTION CO.,<br><br>Garnishee. | Case No.: 3:16-mc-05026-BHS<br><br>ORDER TO ISSUE AND RETURN WRIT OF GARNISHMENT<br><br>(Continuing Lien on Earnings)<br>(Steven Freemire) |

Order to Issue and Return Writ
(Case No. 3:16-mc-05026-BHS)

1

THE URBAN LAW FIRM
and
CHRISTENSEN JAMES & MARTIN
11900 NE 1st Street, Suite 300, Building G
Bellevue, Washington 98005
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
*Counsel for Plaintiffs*

1  IT IS ORDERED: The Plaintiffs/Judgment Creditors' request for a Renewed Writ of
2  Garnishment directed to EMERALD CITY COATINGS AND CONSTRUCTION CO., as garnishee
3  defendant is:

4  [✓] Granted. The Clerk shall forthwith issue and return the Renewed Writ of Garnishment to the
5  attorneys for plaintiffs/judgment creditors, Michael A. Urban and Sean W. McDonald, 4270 S.
6  Decatur Boulevard, Suite A-9, Las Vegas, NV 89103.

7  [ ] Denied for the following reasons:

9  Dated: January 9, 2016

   Judge

Order to Issue and Return Writ
(Case No. 3:16-mc-05026-BHS)

THE URBAN LAW FIRM
and
CHRISTENSEN JAMES & MARTIN
11900 NE 1st Street, Suite 300, Building G
Bellevue, Washington 98005
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
*Counsel for Plaintiffs*

2