**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON, AT TACOMA**

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST HEALTH & WELFARE FUND; WESTERN WASHINGTON PAINTERS DEFINED CONTRIBUTION PENSION TRUST; DISTRICT COUNCIL NO. 5 APPRENTICESHIP AND TRAINING TRUST FUND; WESTERN WASHINGTON PAINTERS LABOR MANAGEMENT COOPERATION TRUST; INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; and INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 5<br><br>Plaintiffs / Judgment Creditors,<br><br>v.<br><br>STEVEN RAY FREEMIRE and JOAN MARIE FREEMIRE, husband and wife and the marital community comprised thereof; and PICTURE PERFECT PAINTING, INC., a Washington corporation,<br><br>Defendants / Judgment Debtors,<br><br>and<br><br>EMERALD CITY COATINGS AND CONSTRUCTION CO.,<br><br>Garnishee. | Case No.: 3:16-mc-05026-BHS<br><br>**JUDGMENT ON ANSWER OF GARNISHEE EMERALD CITY COATINGS AND CONSTRUCTION CO. AND ORDER TO PAY**<br><br>(Steven Ray Freemire) |

/ / /

[Proposed] Judgment on Answer of Garnishee
Emerald City Coatings and Construction Co. and
Order to Pay (Steven Ray Freemire)
(Case No. 3:16-mc-05026-BHS)

1

THE URBAN LAW FIRM
and
CHRISTENSEN JAMES & MARTIN
11900 NE 1st Street, Suite 300, Building G
Bellevue, WA 98005
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
smcdonald@theurbanlawfirm.com
*Counsel for Plaintiffs*

## I. JUDGMENT SUMMARY

| | |
|---|---|
| Judgment Creditors: | Employee Painters' Trust Health & Welfare Fund; |
| | Western Washington Painters Defined Contribution Pension Trust; District Council No. 5 Apprenticeship and Training Trust Fund; |
| | Western Washington Painters Labor Management Cooperation Trust; |
| | International Union of Painters and Allied Trades Industry Pension Fund; and |
| | International Union of Painters and Allied Trades District Council No. 5 |
| Garnishment Judgment Debtor (Garnishee): | Emerald City Coatings and Construction Co. |
| Garnishment Judgment Amount: | $1,923.62 |
| Costs Judgment Debtor (Defendant): | Steven Ray Freemire |
| Costs Judgment Amount: | $271.07 |
| Attorney for Judgment Creditor: | Michael A. Urban, Esq., WA State Bar #20251<br>Sean W. McDonald, Esq., WA State Bar #48542<br>11900 NE 1st Street, Suite 300, Building G<br>Bellevue, WA 98005<br>P. (425) 646-2394 / (702) 968-8087<br>F. (425) 462-5638 / (702) 968-8088<br>murban@theurbanlawfirm.com<br>smcdonald@theurbanlawfirm.com |

## II. BASIS

IT APPEARING THAT Garnishee Emerald City Coatings and Construction Co. was indebted to Defendant Steven Ray Freemire in the non-exempt amount of $1,923.62; that at the time the Writ of Garnishment was issued defendant was employed by or maintained a financial institution account with garnishee, or garnishee had in its possession or control funds, personal property, or effects of defendant; and that plaintiff has incurred recoverable costs and attorney fees of $271.07; now, therefore, it is hereby

///

[Proposed] Judgment on Answer of Garnishee
Emerald City Coatings and Construction Co. and
Order to Pay (Steven Ray Freemire)
(Case No. 3:16-mc-05026-BHS)

2

THE URBAN LAW FIRM
and
CHRISTENSEN JAMES & MARTIN
11900 NE 1st Street, Suite 300, Building G
Bellevue, WA 98005
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
smcdonald@theurbanlawfirm.com
*Counsel for Plaintiffs*

## III. ORDER

ORDERED as follows:

1. The Plaintiffs are awarded judgment against Garnishee Emerald City Coatings and Construction Co. in the amount of $1,923.62;

2. The Plaintiffs are awarded judgment against Defendant in the amount of $271.07 for recoverable costs, as stated on the writ of garnishment and return of service; and

3. Garnishee Emerald City Coatings and Construction Co. shall pay its judgment to the Plaintiffs' attorney through the registry of the Court and the Clerk of Court shall note receipt thereof and forthwith disburse such payment to Plaintiffs' attorney.

Garnishee is advised that failure to pay this judgment amount may result in execution of the judgment against it, including garnishment.

Dated this 22 of May, 2017.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

**THE URBAN LAW FIRM**

_s/ Sean W. McDonald_
Michael A. Urban, Esq., WA State Bar #20251
Sean W. McDonald, Esq., WA State Bar #48542
11900 NE 1st Street, Suite 300, Building G
Bellevue, WA 98005
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
smcdonald@theurbanlawfirm.com
*Attorney for Plaintiffs / Judgment Creditors*

95402

[Proposed] Judgment on Answer of Garnishee
Emerald City Coatings and Construction Co. and
Order to Pay (Steven Ray Freemire)
(Case No. 3:16-mc-05026-BHS)

THE URBAN LAW FIRM
and
CHRISTENSEN JAMES & MARTIN
11900 NE 1st Street, Suite 300, Building G
Bellevue, WA 98005
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
smcdonald@theurbanlawfirm.com
*Counsel for Plaintiffs*

3